UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 05-10304-GAO |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| JOSE MEJIA, | ) |  |
| a/k/a JULIO CARTAGENA | ) |  |
|  | ) |  |

## DEFENDANT JOSE MEJIA, a/k/a JULIO CARTAGENA'S, MOTION TO VACATE, SET ASIDE, OR CORRECT HIS SENTENCE

Defendant Jose Mejia, a/k/a Julio Cartagena ("Cartagena"), hereby moves pursuant to 28 U.S.C. § 2255, that this Court vacate, set aside, or correct his sentence. As grounds for this motion, Cartagena submits that in light of the United States Supreme Court's decision in United States v. Santos, 128 S. Ct. 2020 (2008), which interprets the term "proceeds" in the federal money laundering statute (18 U.S.C. § 1956(a)(1)) to mean "profits" and not "receipts," Cartagena's judgment of conviction for participating in a money laundering conspiracy must be vacated and that count dismissed. The grounds for this motion are further set forth in Cartagena's accompanying Memorandum in Support of His Motion to Vacate, Set Aside, or Correct His Sentence.

        Respectfully submitted,

        JOSE MEJIA,

        By his attorneys,

        /s/ Alan D. Rose
        Alan D. Rose (BBO#427280)
        Amy R. Silverman (BBO#667279)
        ROSE, CHINITZ & ROSE
        One Beacon Street, 4th Floor
        Boston, MA 02108
        Tel: 617-536-0040
        Fax: 617-536-4400

Date: August 30, 2010

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 30, 2010.

        /s/ Alan D. Rose
        Alan D. Rose