UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOSE MEJIA, )<br>a/k/a JULIO CARTAGENA )<br>) | Criminal No.<br>05-10304-GAO |

## NOTICE OF APPEAL

Notice is hereby given that Jose Mejia ("Mejia"), Defendant-Appellant in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the November 30th, 2012 Order of the U.S. District Court for the District of Massachusetts (Hon. George A. O'Toole, Jr.) denying his 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence, entered in this action on the 30th day of November, 2012.

Respectfully submitted,

JOSE MEJIA

By his attorney,

/s/ Alan D. Rose_____
Alan D. Rose (BBO#427280)
ROSE, CHINITZ & ROSE
One Beacon Street, 4th Floor
Boston, MA 02108
Tel: 617-536-0040
Fax: 617-536-4400

Date:   December 12, 2012

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 12, 2012.

      /s/ Alan D. Rose_____
      Alan D. Rose