# United States Court of Appeals
## For the First Circuit

No. 13-1165

JULIO CARTAGENA

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

**JUDGMENT**

Entered: April 25, 2013
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of defendant-appellant's motion for voluntary dismissal, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Defendant-appellant's appeal shall proceed under No. 12-2493.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
David Gerard Tobin
Dina Michael Chaitowitz
Neil J. Gallagher, Jr.
Alan D. Rose, Sr.
Amy R. Silverman
Julio Cartagena