# United States Court of Appeals
## For the First Circuit

———————————————

No. 13-1165

JULIO CARTAGENA

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

———————————————

**MANDATE**

Entered: April 25, 2013

In accordance with the judgment of April 25, 2013, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk




cc:
Julio Cartagena
Dina Michael Chaitowitz
Neil J. Gallagher Jr.
Alan D. Rose Sr.
Amy R. Silverman
David Gerard Tobin